UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

QWEST COMMUNICATIONS,
COMPANY, LLC, a Delaware
Limited Liability Company,

        Plaintiff,

v.

**ORDER**
Civil File No. 10-490 (MJD/SER)

TEKSTAR COMMUNICATIONS,
INC., a Minnesota Corporation,
FREE CONFERENCING CORP.,
a Nevada Corporation, and
AUDIOCOM, LLC, a Nevada
Corporation,

        Defendants.

Upon consideration of the record before this Court; the joint motion of Tekstar Communications, Inc. and Qwest Communications, Company, LLC to voluntarily dismiss Tekstar Communications, Inc.; the lack of cross-claims between Tekstar and the remaining Defendants; the remaining Defendants' failure to file any opposition to this motion; and the absence of any legal prejudice to the remaining Defendants arising from the dismissal; **IT IS HEREBY ORDERED**:

1

The Joint Motion to Voluntarily Dismiss Tekstar Communications, Inc. [Docket No. 94] is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2) and (c).  Tekstar Communications, Inc. is **DISMISSED** as a party to this action.  There are no terms or conditions attached to the dismissal of the action against Tekstar Communications, Inc., and the dismissal is with prejudice, with each party to bear its own costs, including attorneys' fees.

Dated:  January 15, 2013         s/ Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court