# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

QWEST COMMUNICATIONS COMPANY,
LLC, a Delaware Limited Liability
Company, d/b/a CenturyLink QCC,

      Plaintiff,

v.

**ORDER**
Civil File No. 10-490 (MJD/SER)

FREE CONFERENCING CORP., et al.,

      Defendants.

---

This matter is set for a bench trial to commence on December 8, 2015. In advance of trial, the Court issues the following rulings. Based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. Because the Court concludes that the filings already in the record are sufficient, Qwest's Motion to Submit Written Opening Statements [Docket No. 393] is **DENIED**.

2. Counsel shall not cc the Court on emails among counsel regarding pretrial disputes. If a party wishes the Court to rule on a matter, the party shall file an appropriate motion.

Dated: November 20, 2015      s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court