UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

QWEST COMMUNICATIONS COMPANY,
LLC, a Delaware Limited Liability
Company, d/b/a CenturyLink QCC,

       Plaintiff,

v.

**ORDER**
Civil File No. 10-490 (MJD/SER)

FREE CONFERENCING CORP., et al.,

       Defendants.

In accordance with the Court's oral ruling on February 18, 2016, **IT IS HEREBY ORDERED**:

Qwest's Motion to Exclude in Part Expert Testimony of Michael Starkey [Docket No 470] is **DENIED**.

Dated: February 19, 2016       s/ Michael J. Davis
                                        Michael J. Davis
                                        United States District Court